Juliane E. Lore (ID. No. 9786)
**LORE LAW FIRM, P.L.L.C.**
PO Box 1105
Lewistown, MT 59457
Telephone (406) 206-0144
Facsimile: (406) 281-8463
Email: juliane@lorelaw.us

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-60891 |
| | ) | |
| MARK EDWARD KUCERA | ) | NOTICE OF VOLUNTARY |
| | ) | CONVERSION TO CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

Pursuant to Rule 1017, F.R.B.P., and Mont. LBR 1017-1(a), the undersigned respectfully move the Court to convert the above-entitled case to one under Chapter 7. The Trustee assigned to this matter has been contacted regarding this request and has no objection.

WHEREFORE, the undersigned moves the Court to grant an Order approving the conversion of this case to Chapter 7.

SO MOVED this 9th day of January 7, 2015.

/s/ Juliane E. Lore
Attorney for Debtor

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that a copy of the within and foregoing was sent by first class mail postage prepaid or by ECF/Court Mail on the 9th day of

January, 2015, and directed to the following:

Wells Fargo Hm Mortgage
8480 Stagecoach Cir
Frederick, MD 21701

Yellowstone Bank
2000 Overland Avenue
Billings, MT 59102

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Montana Department of Revenue
PO Box 7701
Helena, MT 59604

Bank Of America
Po Box 982238
El Paso, TX 79998

Bank Of America
4161 Peidmont Pkwy.
Greensboro, NC 27410

Chase
P.o. Box 15298
Wilmington, DE 19850

Chiropractic Health Assoc
1407 Wyoming Ave.
Billings, MT 59102

Midland Funding
8875 Aero Dr
San Diego, CA 92123

Synter Resource grp
PO Box 6327
North Charleston, SC 29419-3247

                                        /s/ Juliane E. Lore
                                        Attorney for Debtor