Juliane E. Lore (ID No. 9786)
**LORE LAW FIRM, P.L.L.C.**
P.O. Box 1105
Lewistown, MT 59457
Telephone (406) 206-0144
Facsimile: (406) 281-8463
Email: juliane@lorelaw.us

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  12-60891 |
| | ) | |
| MARK EDWARD KUCERA | ) | NOTICE OF AMENDMENT |
| | ) | TO SCHEDULE B |
| | ) | |
| Debtor. | ) | |

The Debtor, by and through counsel, file this amended Schedule B. The reason for the amendment is reflect the Debtors' ownership interest in the counterclaim of a lawsuit in which he is named as defendant, and to add the building structure on the leased property in which he operates his autobody restoration business. These were inadvertently omitted from the amendments filed in this matter on January 20.

DATED  this 22nd day of January, 2015.

By:_____
Juliane E. Lore
Attorney for Debtor

B6B (Official Form 6B) (12/07)

In re **Mark Edward Kucera**, Case No. __12-60891__
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Personal account #10095845<br>Yellowstone Bank of Laurel | - | 200.00 |
| | | Personal bank account # 433041<br>Independence Bank of Havre | - | 200.00 |
| | | Signatory on children's bank accounts (minors)<br>Stockman bank account # 4020019444 (D. Kucera)<br>Stockman bank account # 4020028478 (F. Kucera) | - | 100.00 |
| | | Business bank account # 20095640<br>KM International (entity)<br>Yellowstone Bank of Laurel | - | 6,000.00 |
| | | Business checking account # 9578765<br>KM Kucera (entity)<br>Yellowstone Bank of Laurel | - | 1,700.00 |
| | | Business bank account # xxx 6062<br>Used to escrow funds for dealership liability insurance, bond and DMV yearly fees | - | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Home furnishings, cookware, clothing for debtor and children, misc small personal goods<br>Antique gun/dagger - non-functional, art: $100.00 | - | 3,215.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

Sub-Total >   11,615.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Mark Edward Kucera**, Case No. **12-60891**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | UPS 401k/pension plan | - | 2,678.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | KM Kucera, Auto restoration Montana Ave., 59101<br><br>Vehicles titled in the name of the business:<br>1958 Mercedes 190c: $2000.00<br>1959 Cadillac convertible - $18,900<br>1959 Cadillac convertible - $18,900<br>1957 Cadillac convertible - $15,000<br>1959 Ford Skyliner - $16,600<br>1959 Mercedes 190: $15,000<br>1932 (No title): Packard $21,772<br>Various titled/untitled parts cars, parts for use in other restorations<br>Vehicles have interest by Jawad Boulos potentially through KM Kucera Int'l, subject to federal suit in SoF. | - | Unknown |
| | | KM Kucera, International, Auto restoration Montana Ave., 59101 | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total > 2,678.00
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Mark Edward Kucera**                                      Case No.  **12-60891**
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Counterclaim at issue in Boulos v. Kucera, (Statement of Financial Affairs), CV-13-137-BLG-SEH-CSO before Judge Haddon in the District of Montana | - | Unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim at issue in State of Connecticut Superior Court case, Kucera v. Estate of Cohen (see Statement of Financial Affairs) | - | 20,000.00 |
| | | Claim against City of Billings for increasing damage to home from water, dispute at issue in suit (SoF) Yellowstone County District Court, DV-13-1116 | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1939 Ford Sedan Delivery | - | 12,000.00 |
| | | 1970 Ford Mustang | - | 21,000.00 |

Sub-Total >     53,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

| In re | Mark Edward Kucera | | Case No. | 12-60891 |
|---|---|---|---|---|
| | Debtor | | | |

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2001 Dodge Intrepid | - | 1,750.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Building structure located on leased property lot where auto body work is performed, Montana Ave. Debtor leases yearly from BNSF. | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 3 paint guns<br>2 hand dollys<br>Craftsman tool set/box, small and large<br>Smal air compressor on wheels<br>Medium compressor<br>5 metal storage cabinets<br>Electric grinder and sander (hand)<br>Office desk, chair<br>Paint materials, solvents, activators, sand paper, misc.<br>Bolt bin, misc. hand tools | - | 3,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet  3  of  3   continuation sheets attached
to the Schedule of Personal Property

Sub-Total >     4,750.00
(Total of this page)
Total >    72,043.00

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy